JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ARAUJO, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>TOYS 'R' US, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.: EDCV 16-959-GW(SPx)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed:  February 29, 2016 |

**ORDER**

The Court, having read the Joint Stipulation of Dismissal with Prejudice of the parties in the above-captioned matter, hereby dismisses the action with prejudice.

Dated: November 1, 2016

_____
Honorable George H. Wu
United States District Judge

4839-9175-2251, v. 1